O

JS-6

cc: order, docket, remand letter to
Los Angeles Superior Court, Southeast
District, Downey, No. 12C1647

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GB INLAND PROPERTIES II, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JAVIER A. ROMERO; et al.,<br><br>    Defendants. | Case No. CV 12-05740 DDP (FMOx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**<br><br>[Docket No. 17] |

    Presently before the court is Plaintiff's Motion to Remand ("Motion"). Having reviewed the parties' submissions, the court grants the Motion, and adopts the following Order.

    As Plaintiff explains, there is no federal subject matter jurisdiction in this action. Plaintiff's unlawful detainer complaint raises only issues of state law, and the amount in controversy does not appear to exceed $75,000. Further, defenses and counterclaims based on federal law are insufficient to create federal jurisdiction. See U.S. Bank v. Teratyatstryan, No. CV 12-2876, 2012 WL 1535453, at *3 (C.D. Cal. Apr. 30, 2012); HSBC Bank USA v. Santiago, No. CV 10-04127, 2011 WL 165382, at *1-2 (C.D. Cal. Jan. 18, 2011).

       The court therefore GRANTS Plaintiff's Motion and REMANDS the entire action to state court.  The court also VACATES Plaintiff's Motion to Dismiss Counter Claim, Defendants' Ex Parte Application to Strike Under Rule 12(f), and Defendants' Motion to Disqualify Attorney [DOCKET Nos. 11, 22, 24].

IT IS SO ORDERED.

Dated: August 23, 2012

DEAN D. PREGERSON
United States District Judge